**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TOMMY LEE JOHNSON,** | : | **No. 3:26cv1558** |
| | : | |
| **Petitioner** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN CRUZ,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

**AND NOW**, to wit, this 12th day of June 2026, upon preliminary review of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The habeas petition is **DISMISSED** without prejudice.  (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

                                                **BY THE COURT:**

                                                *s/Julia K. Munley*
                                                **JUDGE JULIA K. MUNLEY**
                                                **United States District Court**